IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

AUDRA CRAWFORD,

    Plaintiff,

v.

Commissioner of the Social Security Administration,

    Defendant.

Civil No. 2:24-CV-1505-JR

ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D)

After consideration of Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees in the amount of $7,000.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the fees shall be payable to Dellert Baird Law Offices, PLLC, electronically or by check.

IT IS SO ORDERED.

DATED this 10th day of July, 2025.

                    /s/ Jolie A. Russo
                    Jolie A. Russo
                    U.S. Magistrate Judge

1  Presented by:
2
3  Jeffrey H. Baird
   Dellert Baird Law Offices, PLLC
   6525 California Ave SW #101
4  Seattle, WA   98136
   Telephone:  (206) 518-8163
5  FAX:  (360) 824-9371
   jeffreyhbaird@comcast.net
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24